UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 11

| |
|---|
| THYSSENKRUPP STEEL NORTH AMERICA, INC., <br><br>        Plaintiff, <br><br>v. <br><br>UNITED STATES, <br><br>        Defendant. |

Court No.:  15-00072

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned hereby enter their appearance as attorneys for ThyssenKrupp Steel North America, Inc., Plaintiff in this action, and request that all papers be served on them.  The individual attorney who is responsible for the litigation is Robert L. LaFrankie.

Dated:  March 19, 2015

        Respectfully submitted,

        /s/ Robert L. LaFrankie

        Robert L. LaFrankie
        Matthew R. Nicely
        Alexandra B. Hess
        Scott M. Wise
        **HUGHES HUBBARD & REED LLP**
        1775 I Street, N.W.
        Washington, D.C.  20006-2401
        (202) 721-4691
        Email: robert.lafrankie@hugheshubbard.com

65483090_1