FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by     Robert L. LaFrankie
(Name of attorney of record)

on behalf of        ThyssenKrupp Steel North America, Inc.        in the matter of ThyssenKrupp Steel North America, Inc.  v.    United States    , Court No.    15-00072    .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

ThyssenKrupp Steel North America, Inc.("TKSNA") does not have any publicly-owned companies, nor is it directly owned by any publicly-held company.  TKSNA is wholly owned (100%) by ThyssenKrupp North America, Inc. ("TKNA").  TKNA is not a publicly-held company.  TKNA is in turn wholly owned by ThyssenKrupp AG; a company publicly traded on the German stock market.

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest. If not, identify below the real party in interest.

N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

    /s/ Robert L. LaFrankie
(Signature of Attorney)

    March 19, 2015
(Date)