


DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

DISTRICT: PHILADELPHIA
DATE: 04-09-15

Clerk of the Court
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10007

Re: U.S. Court of International Trade (Summons)
No. 15-00072

In compliance with Section 2635 of Title 28, United States Code, there are transmitted herewith a copy of the Protest(s) and Denial of Protest(s) required in connection with the above summons. There are also transmitted all the additional items required by that section, which have been found to exist for the above civil action, subject to the exceptions noted below. Any of the required items which are not herewith submitted or noted below do not exist for this civil action.

## EXCEPTION(S)

| PROTEST NUMBER | ENTRY NUMBER | EXPLANATION |
|---|---|---|
| 1101-13-100126 | | BOND 9911L7291 THYSSENKRUPP STEEL NORTH AMERICA Terminated 06/10/12 PORT 9900 Record HELD NFC NOT PROVIDED |

FOR PORT DIRECTOR

Betty Lewis  4/9/15
DISTRICT DIRECTOR

cc: Assistant Chief Counsel

SUMMONS DOCUMENTATION TRANSMITTAL                    Customs Form 322   (031684)